UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS ANGEL COLON,

    Plaintiff,

v.          CASE NO. 1:09-cv-28

COMMISSIONER OF     HON. ROBERT HOLMES BELL
SOCIAL SECURITY,

    Defendant.
_____/

# ORDER APPROVING AND ADOPTING
# THE REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed. Accordingly,

**IT IS HEREBY ORDERED** that the report and recommendation (Dkt. No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.


Dated: March 30, 2010         /s/ Robert Holmes Bell
        ROBERT HOLMES BELL
        UNITED STATES DISTRICT JUDGE